IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| VS. | ) | CASE NO: CR1:15-106-003 |
| | ) | |
| | ) | |
| TERRANCE ROBERSON. | ) | |

## ORDER

All charges against defendant, Terrance Roberson were dismissed on December 4, 2017.

Surety, James L. Williams, has requested the return of the $2,000.00 cash security posted on the defendant's $20,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,000.00 posted by James L. Williams for this defendant, plus all accrued interest thereon, be returned to James L. Williams at 2049 Spivey Village Trace, Jonesboro, Georgia 30236.

This 18th day of January, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA